BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
OCT 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:12-CR-312 LJO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| MICHAEL ANTHONY MARTINEZ, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to MICHAEL ANTHONY MARTINEZ, and be made public record.

DATED: October 4, 2012

/s/ Sheila K. Oberto
U.S. Magistrate Judge