| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
MICHAEL ANTHONY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-0312 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE HEARING |
| v. | ) |
| | ) DATE: June 17, 2013 |
| MICHAEL ANTHONY MARTINEZ, | ) TIME: 1:00 P.M. |
| | ) JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 20, 2013, **may be continued to June 17, 2013 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

The parties have had extensive plea negotiations on this case and several offers and counter-offers exchanged. The parties anticipate the latest offer from the government will resolve the case. However, defense counsel will need additional time to review the offer with client, who is currently housed at Lerdo.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 15, 2013     By:     /s/ Laurel J. Montoya
                                LAUREL J. MONTOYA
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: May 15, 2013     By:     /s/ Charles J. Lee
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL ANTHONY MARTINEZ

**O R D E R**

The parties' stipulated request for a continuance of the status conference date to **June 17, 2013,** is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter. Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of plea hearing before United States District Judge Lawrence J. O'Neill prior to June 17, 2013. If the parties are unable to reach an agreement that resolves this matter prior to June 17, 2013, they *shall* be prepared to select a mutually acceptable trial date at the next status conference on June 17, 2013. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 16, 2013**                  **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE